IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| KATHY WESTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:08-CV-177 |
| ) | |
| WAL-MART STORES EAST, INC., ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

For the reasons provided in the memorandum opinion entered this date, "Defendant's Partial Motion to Dismiss" [doc.5] is **GRANTED**. Plaintiff's Title VII termination claim is **DISMISSED**.

**IT IS SO ORDERED**:

ENTER:

s/ Leon Jordan
United States District Judge